**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MARK GEMMELL,

Plaintiff,

Case No.: 1:26-cv-05580

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | ChuangNa |
| 2 | xiaosongd |
| 3 | Yue home |
| 4 | Hua Tuan Minh |
| 5 | Yankee Treasure Cove |
| 6 | BIENMINIA |
| 7 | XIAOYUQING |
| 8 | chiangstore |
| 9 | Huongjggj |
| 10 | NHẬT ANH |
| 11 | deyangzhiguangshanxi |
| 12 | ZCHOMI |
| 13 | 青岛一亩良茶电子商务有限公司 |
| 14 | jilinshengpinyuanjinguanmaoyiyouxiangongsi |
| 15 | taiyuanshijinshundahuiwuliuyouxiangongsi |
| 16 | SummitMist |
| 17 | guangzhoulinglengxingshangmaoyouxiangongsi |
| 18 | tianzhenxianchunbonongjifuwubu |
| 19 | NTB STORE |
| 20 | LVRLVR |
| 21 | A very good poster |
| 22 | NB Boom Poster |
| 23 | Elegant retro poster |
| 24 | great poster |
| 25 | Focus on posters |

| | |
|---|---|
| 26 | Very beautiful poster |
| 27 | skt poster |
| 28 | ShengJ Inc |
| 29 | SajanArt |
| 30 | SeeDeco Art |