**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MARK GEMMELL,

     Plaintiff,                            Case No.: 1:26-cv-05580

v.                                      Judge Thomas M. Durkin

THE PARTNERSHIPS AND UNINCORPORATED    Magistrate Judge Young B. Kim
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## STATUS REPORT

Plaintiff, MARK GEMMELL ("Plaintiff"), files this status report solely on behalf of Plaintiff pursuant to Minute Entry Order [19].

On June 1, 2026, Plaintiff served all defendants in this action in accordance with the Court's Order for Leave to Conduct Expedited Discovery and Service of Process by E-Mail and/or Electronic Publication [15]. A summons returned executed was filed that same day. [18]. Plaintiff has settled with several defendants who have since been dismissed. [20].

No other defendants have appeared or otherwise responded to Plaintiff's Complaint. Plaintiff has begun investigating defendants' addresses in light of the Seventh Circuit's opinion in *Kangol LLC v. Hangzhou Chuanyue Silk Import & Export Co.*, 2026 WL 1502198 (7th Cir. May 29, 2026). Plaintiff will move for entry of default and default judgment against the remaining defendants once the investigation and analysis is complete.

1

DATED:  August 6, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail:  keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 6, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt