**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MARK GEMMELL,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-05580

Judge Thomas M. Durkin

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A [2] of the Complaint:

| No. | Defendant |
|---|---|
| 1 | ChuangNa |
| 2 | xiaosongd |
| 3 | Yue home |
| 4 | Hua Tuan Minh |
| 5 | Yankee Treasure Cove |
| 6 | BIENMINIA |
| 9 | Huongjggj |
| 10 | NHẬT ANH |
| 11 | deyangzhiguangshanxi |
| 13 | 青岛一亩良茶电子商务有限公司 |
| 14 | jilinshengpinyuanjinguanmaoyiyouxiangongsi |
| 15 | taiyuanshijinshundahuiwuliuyouxiangongsi |
| 16 | SummitMist |
| 17 | guangzhoulinglengxingshangmaoyouxiangongsi |
| 21 | A very good poster |

| | |
|---|---|
| 22 | NB Boom Poster |
| 23 | Elegant retro poster |
| 24 | great poster |
| 25 | Focus on posters |
| 26 | Very beautiful poster |
| 27 | skt poster |
| 30 | SeeDeco Art |

DATED: October 7, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 | IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 7, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt